ANNE P. DASCOMB, Respondent, *v.* NEW YORK TRUST COMPANY et al., Individually and as Trustees under a Trust made by ALMON C. KELLOGG, Appel'ants, et al., Respondents.

Argued December 3, 1945; decided January 18, 1946.

*Joseph M. Hartfield, Thomas Kiernan* and *James McCarron* for New York Trust Company, individually and as trustee, defendant-appellant.

*Daniel A. Shirk* and *Milton A. Goldiner* for Henry J. Beilman, as executor of William S. Butler, deceased, individually and as trustee, defendant-appellant.

*Irving D. Lipkowitz, William Hughes Lewis* and *Ambrose V. McCall* for plaintiff-respondent.

*M. Perry Dawson* and *Victor D. Werner* for Eleanor D. Glavin, defendant-respondent.

*Seymour J. Wilner* for Joseph Quittner, guardian ad litem for Gail F. Glavin, an infant, and another, defendants-respondents.

Judgment so far as appealed from affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, DYE and MEDALIE, JJ.; LEWIS, J., dissents from so much of the decision as sustains a surcharge of $13,500, upon the ground that in the

circumstances disclosed by the record the remaindermen are estopped to complain of the purchase by the trustee of the second mortgage which is the basis for such surcharge; otherwise, concurs. Taking no part: THACHER, J.